IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NIKOLA KALUDJEROVIC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00163-O |
| GENERAL MOTORS LLC, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order granting the Agreed Motion to Dismiss with Prejudice, to the parties.

**SO ORDERED** this **3rd day** of **November 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE